IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Willie Seay, :
:
      Petitioner(s), :
: Case Number: 1:10cv848
vs. :
: Chief Judge Susan J. Dlott
Warden, Pickaway Correctional Institution, :
:
      Respondent(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 27, 2011 a Report and Recommendation (Doc. 22).  Subsequently, the petitioner filed objections to such Report and Recommendation (Doc. 23) and the Magistrate Judge filed a Supplemental Report and Recommendation (Doc 24).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, the petition is **DISMISSED** with prejudice.  Since reasonable jurists will not disagree with the conclusion, the petitioner is **DENIED** a certificate of appealability and leave to appeal *in forma pauperis.*

      IT IS SO ORDERED.

      ___s/Susan J. Dlott_____
      Chief Judge Susan J. Dlott
      United States District Court